PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
(212) 858-1000
Kerry A. Brennan (KB-2400)

Attorneys for Plaintiff
VENTURA FOODS, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURA FOODS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>SUPREME OIL COMPANY,<br>INCORPORATED a.k.a. ADMIRATION<br>FOODS,<br><br>               Defendant. | \_\_\_\_ Civ. \_\_\_\_ ( )<br>**07 CV 7338**<br><br>**PLAINTIFF VENTURA FOODS, LLC'S<br>RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Ventura Foods, LLC. (a non-governmental corporate party) certifies that Ventura Foods, LLC is owned 50 percent by CHS, Inc. (a publicly held corporation) and 50 percent by Wilsey Foods, Inc., a subsidiary of Mitsui & Co. (U.S.A.), Inc. (whose parent is Mitsui & Co., Ltd., a publicly held corporation).

Dated: August 16, 2007
New York, New York

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _Kerry A. Brennan_
Kerry A. Brennan  (KB-2400)
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile:  (212) 858-1500

Attorneys for Plaintiff
VENTURA FOODS, LLC