PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
(212) 858-1000
Kerry A. Brennan (KB-2400)

```
┌────────────────────────────────┐
│ USDS SDNY                      │
│ DOCUMENT                       │
│ ELECTRONICALLY FILED           │
│ DOC #: _____         │
│ DATE FILED: 8/17/07            │
└────────────────────────────────┘
```

Attorneys for Plaintiff
VENTURA FOODS, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURA FOODS, LLC, <br><br>                 Plaintiff, <br><br>     v. <br><br> SUPREME OIL COMPANY, <br> INCORPORATED a.k.a. ADMIRATION <br> FOODS, <br><br>                 Defendant. | 07 CV 7338 (PKC) <br><br><br><br> **ORDER TO SHOW CAUSE** |

Upon on the declaration of Terry Splane, Vice President of Marketing of Ventura Foods, LLC ("Ventura Foods"), dated August 16, 2007, the complaint filed in this action, and the Memorandum of Law In Support of the Order to Show Cause and Preliminary Injunction, it is

**ORDERED AND ADJUDGED** that the above-named defendant, Supreme Oil Company, Incorporated, a.k.a. Admiration Foods, show cause before a motion term of this Court, at Courtroom 12C (KMW), United States Courthouse, 500 Pearl Street, in the Borough of Manhattan, City of New York, County of New York, State of New York, on September 12, 2007, at 10:00 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant, and defendant's affiliates, together with their officers, directors, shareholders, partners, employees, agents and any and all persons and/or entities in active concert or participation with the defendant, during the pendency of this action from:

1. Using MEGA-FRY, the MEL-FRY® Mark, or any colorable imitation of the MEL-FRY® Mark, in or as any trademark or name, domain name, or in any other manner;

2. Using the current MEGA-FRY trade dress, the MEL-FRY® Trade Dress (including its non-functional yellow plastic containers, color arrangement, logotype, and other design features of the label), or any colorable imitation of the MEL-FRY® Trade Dress, in connection with any goods or services;

3. Using the phrase "Longest Lasting Frying Oil", the "The Long Lasting Liquid Frying Shortening" slogan or any colorable imitation of "The Long Lasting Liquid Frying Shortening" slogan in connection with any goods or services;

4. Filing or prosecuting any application for the MEGA-FRY trademark or trade dress, or any confusingly similar trademark or trade dress before the United States Patent and Trademark Office;

5. Diluting the distinctive quality of the MEL-FRY® Mark and MEL-FRY® Trade Dress or otherwise injuring or interfering with Ventura Foods' business, business reputation or goodwill; and

6. Engaging in unfair competitive practices and acts that are likely to cause confusion between Ventura Foods and defendant and/or their respective products; and it is further

ORDERED that defendant's answering papers, if any, shall be filed with the Clerk of the Court and served upon the attorneys for plaintiff by personally delivering copies thereof to Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036, Attention: Kerry A. Brennan, prior to 5:00 p.m. on August 31, 2007. Any response by Plaintiff shall be filed and served by Plaintiff prior to 5:00 p.m. on September 7, 2007.

**IT IS SO ORDERED.**

New York, New York

DATE ISSUED: **8 - 17 - 07**

_____

UNITED STATES DISTRICT JUDGE