# United States District Court

__Southern__ DISTRICT OF __New York__

Ventura Foods, LLC,

        Plaintiff

V.

Supreme Oil Company, Incorporated a.k.a. Admiration Foods,

        Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CV 7338

TO: (Name and address of defendant)

Supreme Oil Company, Incorporated a.k.a. Admiration Foods
80 South Dean Street, Englewood, NJ 07361

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kerry A. Brennan
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway, New York, NY 10036

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                     AUG 1 6 2007

CLERK                                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                              Signature of Server

                                                                _____
                                                                Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States District Court
Southern District of New York

---

VENTURA FOODS, LLC.                                    )
                                                       ) Case No.: 07 CV 7338
                                                       )
                                                       )
                            Plaintiff                  ) AFFIDAVIT OF SERVICE
                        v.                             )
SUPREME OIL COMPANY, INCORPORATED                      )
A.K.A ADMIRATION FOODS,                                )
                                                       )
                            Defendant                  )

---

STATE OF NEW YORK: COUNTY OF NEW YORK      ss:

I, HARLIN PARKER, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW JERSEY. That on AUGUST 17, 2007 at 10:14 AM at 80 SOUTH DEAN STREET, ENGLEWOOD, NJ 07361, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET on SUPREME OIL COMPANY, INCORPORATED A.K.A ADMIRATION FOODS therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to MICHAEL LEFFLER personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the "OPERATIONS"/MANAGING AGENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Black    Glasses: Yes    Approx. Age: 45    Height: 5'7"    Weight: 160

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of SUPREME OIL COMPANY, INCORPORATED A.K.A ADMIRATION.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 8/21/07

Subscribed and sworn to before me, a notary public, on this ___21___ day of ___August___, 2007.
My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009