Ventura Declaration Exhibit A –     MEL-FRY registration, including assignment history

Ventura Declaration Exhibit B –     original MEL-FRY label

Ventura Declaration Exhibit C –     1984 and 2004  MEL-FRY renewal specimens

Ventura Declaration Exhibit D –     Supreme's U.S. Trademark Application 78827774

Ventura Declaration Exhibit E1 –     Supreme's products' packaging

Ventura Declaration Exhibit E2 –     Competitors' packaging (BUNGE, AC HUMKO, HUNT WESSON)

Ventura Declaration Exhibit F –     MEL-FRY advertisements

Ventura Declaration Exhibit G –     Complaint and exhibits: Ventura Foods, LLC v. Nice Blends Corporation, U.S. District Court, S.D.N.Y., 02 CV 4519

Ventura Declaration Exhibit H –     Order, May 13, 2003, in 02 CV 4519 (B. Jones, J.)

Ventura Declaration Exhibit I –     Cease and desist letter dated May 22, 2007

Ventura Declaration Exhibit J –     Response letter dated June 28, 2007, from Supreme's counsel

**EXHIBIT A**



804645

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

April 24, 2002

THE ATTACHED U.S. TRADEMARK REGISTRATION *774,679* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *August 04, 1964*
*1st* RENEWAL FOR A TERM OF *20* YEARS FROM  *August 04, 1984*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *VENTURA FOODS, LLC*
   *A DELAWARE LIMITED LIABILITY COMPANY*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

L. EDELEN
Certifying Officer

# United States Patent Office

774,679
Registered Aug. 4, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 158,701, filed Dec. 7, 1962

## MEL-FRY

The Glidden Company (Ohio corporation), doing business as Durkee Famous Foods
900 Union Commerce Bldg.
Cleveland 14, Ohio

For: VEGETABLE SHORTENING MARKETED IN BULK QUANTITIES, in CLASS 46.
First use July 21, 1961; in commerce July 21, 1961.

 UNITED STATES
PATENT AND
TRADEMARK OFFICE

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO: 0774679     SERIAL NO: 72/158701     MAILING DATE:  09/20/2004
REGISTRATION DATE: 08/04/1964
MARK:  MEL-FRY
REGISTRATION OWNER:  VENTURA FOODS, LLC

**CORRESPONDENCE ADDRESS:**
RICHARD L. KIRKPATRICK
PILLSBURY WINTHROP LLP
CALENDAR/DOCKETING DEPT.
P. O. BOX 7880
SAN FRANCISCO, CA 94120-7880

### NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**********************************************

### NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

**********************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
046.

SMITH, WYE J
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION**

CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-08-15 18:55:37 ET

**Serial Number:** 72158701 Assignment Information

**Registration Number:** 774679

**Mark (words only):** MEL-FRY

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-09-20

**Filing Date:** 1962-12-07

**Transformed into a National Application:** No

**Registration Date:** 1964-08-04

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. VENTURA FOODS, LLC

**Address:**
VENTURA FOODS, LLC
40 POINTE DRIVE
BREA, CA 92821
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**U.S. Class:** 046 (International Class 029)
**Class Status:** Active

Vegetable Shortening Marketed in Bulk Quantities
**Basis:** 1(a)
**First Use Date:** 1961-07-21
**First Use in Commerce Date:** 1961-07-21

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-09-20 - Second renewal 10 year

2004-09-20 - Section 8 (10-year) accepted/ Section 9 granted

2004-07-29 - Combined Section 8 (10-year)/Section 9 filed

2004-07-29 - TEAS Section 8 & 9 Received

1984-08-04 - First renewal

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
RICHARD L. KIRKPATRICK

**Correspondent**
RICHARD L. KIRKPATRICK
PILLSBURY WINTHROP LLP
CALENDAR/DOCKETING DEPT.
P. O. BOX 7880
SAN FRANCISCO, CA 94120-7880

---



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 13**

**Serial #:** 72158701    **Filing Dt:** 12/07/1962    **Reg #:** 774679    **Reg. Dt:** 08/04/1964
**Registrant:** GLIDDEN COMPANY, THE
**Mark:** MEL-FRY

## Assignment: 1
**Reel/Frame:** 0156/0267    **Received:**    **Recorded:** 11/09/1967    **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

| | | | |
|---|---|---|---|
| **Assignor:** GLIDDEN COMPANY, THE | | **Exec Dt:** 09/22/1967 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** OHIO | |
| **Assignee:** SCM CORPORATION | | **Entity Type:** CORPORATION | |
| 410 PARK AVE. | | **Citizenship:** NEW YORK | |
| NEW YORK, NEW YORK 10022 | | | |

**Correspondent:** THE GLIDDEN CO.
EXECUTIVE OFFICES
900 UNION COMMERCE BLDG.
CLEVELAND, OH 44115

## Assignment: 2
**Reel/Frame:** 0577/0044    **Received:**    **Recorded:** 09/30/1987    **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOOD WILL AS OF SEPTEMBER 27, 1986

| | | | |
|---|---|---|---|
| **Assignor:** SCM CORPORATION | | **Exec Dt:** 07/20/1987 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** NEW YORK | |
| **Assignee:** DURKEE INDUSTRIAL FOODS CORP. | | **Entity Type:** CORPORATION | |
| SUITE 800 | | **Citizenship:** DELAWARE | |
| 925 EUCLID AVENUE | | | |
| CLEVELAND, OHIO 44115 | | | |

**Correspondent:** DURKEE
925 EUCLID AVENUE
CLEVELAND, OH 44115

## Assignment: 3
**Reel/Frame:** 0610/0679    **Received:**    **Recorded:** 07/21/1988    **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

| | | | |
|---|---|---|---|
| **Assignor:** DURKEE INDUSTRIAL FOODS CORP. | | **Exec Dt:** 07/14/1988 | |
| | | **Entity Type:** UNKNOWN | |
| | | **Citizenship:** NONE | |
| **Assignee:** DURKEE FOODSERVICE CORPORATION | | **Entity Type:** UNKNOWN | |
| SUITE 800 | | **Citizenship:** NONE | |
| 925 EUCLID AVENUE | | | |
| CLEVELAND, OHIO 44115 | | | |

**Correspondent:** DURKEE INDUSTRIAL AND FOODSERVICE CORP.
SUITE 800, 925 EUCLID AVENUE
CLEVELAND, OH 44115

## Assignment: 4
**Reel/Frame:** 0624/0169    **Received:**    **Recorded:** 11/04/1988    **Pages:** 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** DURKEE FOODSERVICE CORPORATION

**Exec Dt:** 10/14/1988
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** DURKEE INDUSTRIAL FOODS CORPORATION
925 EUCLID AVENUE
CLEVELAND, OHIO 44115

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** MALINA & WOLSON
60 EAST 42ND STREET
NEW YORK, NY 10165

## Assignment: 5

**Reel/Frame:** 0632/0134   **Received:**   **Recorded:** 12/12/1988   **Pages:** 0

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CHASE COMMERCIAL CORPORATION

**Exec Dt:** 12/05/1988
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** DURKEE INDUSTRIAL FOODS ACQUISITION CORP.

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** CHESEBROUGH-POND'S INC.
P.O. BOX 6000
33 BENEDICT PLACE
GREENWICH, CT 06836-6000

## Assignment: 6

**Reel/Frame:** 0632/0142   **Received:**   **Recorded:** 12/12/1988   **Pages:** 0

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** BALTIMORE SPICE INC.

**Exec Dt:** 12/05/1988
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** CHASE COMMERCIAL CORPORATION
MACK CENTRE IV, SOUTH 61 PARAMUS ROAD
PARAMUS, NEW JERSEY 07652

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** CHESEBROUGH-POND'S INC.
P.O. BOX 6000, 33 BENEDICT PLACE
GREENWICH, CT 06838-6000

## Assignment: 7

**Reel/Frame:** 0652/0015   **Received:**   **Recorded:** 05/22/1989   **Pages:** 0

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** DURKEE INDUSTRIAL FOODS CORP.

**Exec Dt:** 12/05/1988
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** BALTIMORE SPICE INC.
9740 REISTERSTOWN ROAD
GARRISON, MARYLAND 21055

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** CHESEBROUGH PONDS INC.
P.O. BOX 6000
33 BENEDICT PLACE
GREENWICH, CT 06836-6000

## Assignment: 8

**Reel/Frame:** 0640/0704   **Received:**   **Recorded:** 03/02/1989   **Pages:** 2

**Conveyance:** CHANGE OF NAME

**Assignor:** DURKEE INDUSTRIAL FOODS ACQUISITION CORP

**Exec Dt:** 12/07/1988
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** DURKEE INDUSTRIAL FOODS CORP.      **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE

**Correspondent:** CHESEBROUGH POND'S INC.
P.O. BOX 6000
33 BENEDICT PLACE
GREENWICH, CT 06836-6000

## Assignment: 9

**Reel/Frame:** 0692/0253      **Received:**      **Recorded:** 01/19/1990      **Pages:** 0

**Conveyance:** CHANGE OF NAME

**Assignor:** DURKEE INDUSTRIAL FOODS CORP.      **Exec Dt:** 11/27/1989
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE

**Assignee:** DIF CORP.      **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE

**Correspondent:** CHESEBROUGH POND'S INC.
P.O. BOX 6000
33 BENEDICT PLACE
GREENWICH, CT 06836-6000

## Assignment: 10

**Reel/Frame:** 0760/0448      **Received:**      **Recorded:** 12/12/1990      **Pages:** 8

**Conveyance:** MERGER

**Assignors:** DIF CORP.      **Exec Dt:** 06/29/1990
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE

PENNANT PRODUCTS, INC. ( MERGED INTO )      **Exec Dt:** 06/29/1990
     **Entity Type:** CORPORATION
     **Citizenship:** NEW YORK

**Assignee:** CONOPCO, INC.      **Entity Type:** CORPORATION
     **Citizenship:** NEW YORK

**Correspondent:** CHESEBROUGH - POND'S USA CO.
33 BENEDICT PLACE
P. O. BOX 6000
GREENWICH, CT 06836-6000

## Assignment: 11

**Reel/Frame:** 1690/0525      **Received:** 02/27/1998      **Recorded:** 02/18/1998      **Pages:** 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CONOPCO, INC.      **Exec Dt:** 12/31/1997
     **Entity Type:** CORPORATION
     **Citizenship:** NEW YORK

**Assignee:** VENTURA FOODS, LLC      **Entity Type:** LIMITED LIAIBILITY COMPANY
4840 E. DON JULIAN ROAD
CITY OF INDUSTRY, CALIFORNIA 91746      **Citizenship:** DELAWARE

**Correspondent:** PILLSBURY MADISON & SUTRO LLP
LAURA C. GUSTAFSON
1100 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-3918

## Assignment: 12

**Reel/Frame:** 1816/0754      **Received:** 12/02/1998      **Recorded:** 12/01/1998      **Pages:** 14

**Conveyance:** SECURITY AGREEMENT

**Assignor:** VENTURA FOODS, LLC      **Exec Dt:** 11/20/1998
     **Entity Type:** LIMITED LIABILITY COMPANY
     **Citizenship:** DELAWARE

**Assignee:** BANK OF TOKYO-MITSUBISHI, LTD., THE, S COLLATERAL AGENT    **Entity Type:** CORPORATION
SUITE 600    **Citizenship:** CALIFORNIA
777 S. FIGUEROA ST.
LOS ANGELES, CALIFORNIA 90017

**Correspondent:** KAGEI & MATSUNAGA
GEOFFREY D. MATSUNAGA
19191 SOUTH VERMONT AVENUE
SUITE 420
TORRANCE, CA 90502

## Assignment: 13

**Reel/Frame:** 2882/0071    **Received:** 12/24/2003    **Recorded:** 12/24/2003    **Pages:** 11

**Conveyance:** RELEASE OF SECURITY INTEREST

**Assignor:** BANK OF TOKYO-MITSUBISHI, LTD., AS COLLATERAL AGENT    **Exec Dt:** 12/09/2003
    **Entity Type:** CORPORATION
    **Citizenship:** NONE

**Assignee:** VENTURA FOODS, LLC    **Entity Type:** LIMITED LIABILITY COMPANY
40 POINTE DRIVE    **Citizenship:** NONE
BREA, CALIFORNIA 92821

**Correspondent:** GEOFFREY D MATSUNAGA
19191 SOUTH VERMONT AVENUE, SUITE 420
TORRANCE, CA 90502

Search Results as of: 08/15/2007 06:55 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**EXHIBIT B**

# DURKEE'S

## MEL-FRY

### HIGH STABILITY *liquid* FRYING SHORTENING

AN ALL VEGETABLE SHORTENING

MADE FROM HYDROGENATED VEGETABLE OILS WITH BUTYLATED HYDROXYANISOLE AND BUTYLATED HYDROXYTOLUENE AS PRESERVATIVES AND METHYL SILICONE AS AN ANTI FOAMING AGENT ADDED

**INSTRUCTIONS:** Store above 70° F. Crystals which may appear in product when stored below 70° F. are natural and will not affect MEL-FRY'S fine performance. To disperse, simply shake or agitate product.

NOT TO BE USED FOR SALAD DRESSING OR MAYONNAISE

DURKEE'S FAMOUS FOODS DIVISION · General Offices: Cleveland, Ohio, U.S.A.

Glidden

NET WT. 420 LBS.

**EXHIBIT C**





**EXHIBIT D**

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-08-15 19:15:34 ET

**Serial Number:** 78827774 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** MEGA-FRY LIQUID SHORTENING THE LONGEST LASTING FRYING OIL. GUARANTEED.

**Standard Character claim:** No

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2007-01-09

**Filing Date:** 2006-03-02

**The Notice of Allowance Date is:** 2007-01-09

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 104

**Attorney Assigned:**
PILARO MARK F <u>Employee Location</u>

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2007-07-11

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. SUPREME OIL COMPANY

**Address:**
SUPREME OIL COMPANY
80 South Dean Street
Englewood, NJ 07631
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 029
**Class Status:** Active
Cooking Oil, edible oils, and shortening
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Color(s) Claimed:** The color(s) yellow, brown, red, blue, purple, pink, and white are claimed as a feature of the mark.

**Description of Mark and Any Color Part(s):** The color yellow appears in the french fries and the words "LIQUID SHORTENING. THE LONGEST LASTING FRYING OIL. GUARANTEED" and also in the shading of the word mark "MEGA-FRY". The color brown appears in the background of the entire mark. The color red appears in the outline of the word "MEGA-FRY". The color blue appears in the basket. The colors pink and purple appear in the bag holding the french fries. The color white appears in the shading of the word "MEGA-FRY".

**Disclaimer:** "LIQUID SHORTENING" and "THE LONGEST LASTING FRYING OIL. GUARANTEED"

**Design Search Code(s):**
**05.11.01** - Beets; Carrots; Parsnips; Potatoes
**19.07.01** - Basket; Baskets, bicycle; Baskets, picnic; Baskets, sewing; Picnic baskets; Sewing baskets
**26.11.21** - Rectangles that are completely or partially shaded

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-07-12 - Assigned To Examiner

2007-07-09 - TEAS Extension Received

2007-01-09 - Notice of allowance - mailed

2006-10-17 - Published for opposition

2006-09-27 - Notice of publication

2006-08-29 - Law Office Publication Review Completed

2006-08-25 - Assigned To LIE

2006-08-22 - Approved for Pub - Principal Register (Initial exam)

2006-08-22 - Examiner's Amendment Entered

2006-08-22 - EXAMINERS AMENDMENT E-MAILED

2006-08-22 - Examiners Amendment -Written

2006-08-21 - Examiner's Amendment Entered

2006-08-21 - Examiners amendment e-mailed

2006-08-21 - Examiners Amendment -Written

2006-08-19 - Assigned To Examiner

2006-03-09 - Notice Of Design Search Code Mailed

2006-03-08 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Frederick W. Meyers

**Correspondent**
FREDERICK W. MEYERS
LADAS & PARRY LLP
224 S MICHIGAN AVE STE 1600
CHICAGO, IL 60604-2508
Phone Number: (312) 427-1300
Fax Number: (312) 427-6663

---

**EXHIBIT E**

**EXHIBIT 1**

Admiration Foods



ABOUT US     PRODUCTS     ASK THE CHEF     CONTACT US

*Follow The Leader Since 1945*

# OILS & SHORTENINGS

OILS     SHORTENINGS



## SHORTENINGS

Give your foods the finest taste by using our complete line of high quality liquid shortenings:

**THE MAGIC LINE**

Admiration offers you the magic line to meet all your frying needs for the professional chef

**Magic Fry**

• Chef looking for the high performance clear liquid shortening

• Keeps your chicken, potatoes and French Fries golden brown yet dry

**Magic Chef**

• High performance creamy liquid shortening

• Provides you with 100 hours of excellent fry life

**Magic Choice**

• Maintains the quality of Magic Chef yet provides a no trans fat solution

• Healthier alternative that is the lowest cost creamy, no trans fat product on the market today

| PRODUCT DESCRIPTION | CASE CODE | PACK/UNIT WT |
|---|---|---|
| Clear Magic Fry | 22135 | 35lb |

| Clear Magic Fry | 22117 | 2/17.5 |
| Clear Magic Fry | 22165 | 6/5 qt |
| Clear Magic Fry | 22183 | 3/10 qt |
| Creamy Magic Chef | 24235 | 35lb |
| Creamy Magic Chef | 24265 | 6/5 qt |
| Creamy Magic Chef | 24283 | 3/10 qt |
| Magic Choice zero tran fat | 18235 | 35lb |

**Pro Fry**
- Liquid shortening gives you delicious results every time
- Saves you money because it is a high performance product that demands fewer oil changes
- Conveniently sold in 3 different sizes

**Mega Fry**
- The longest lasting professional frying oil that reaches frying temperature quickly
- All the flavor and remain dry without the greasy aftertaste
- Saves you money because innovative formula lasts longer than any other brand

| PRODUCT DESCRIPTION | CASE CODE | PACK/UNIT WT |
| --- | --- | --- |
| Profry | 24135 | 35lb |
| Profry | 24117 | 2/17.5 |
| Profry | 24183 | 3/10 qt |
| Mega Fry | 23383 | 3/10 qt |

Conditions of Use    Privacy Statement    ©2006 - 2007 Admiration Foods All rights reserved.

powered by hang wire

**EXHIBIT 2**

## AC Humko



35#

35#

**Hunt/ Wesson**

2/17.5#

1-gal

35#

35#











**Bunge Foods**

35#

35#

35#

**EXHIBIT F**

# We offer three shortenings for one reason...



# quality.

- It's a simple fact. Premium quality foods are prepared using premium quality shortening, ensuring satisfied customers and profits.
- Ventura understands that different types of operations have different needs. So we've developed a *line* of premium shortenings, each with a unique performance characteristic.
- The performance of this line is further enhanced with a Deep Frying Quality Management System that

includes our patented Extend-ER manual filter, training materials and fry station management tools.

Contact your Ventura representative toll-free at: 1-877-VENTURA for samples and program information.

 

**Ventura Foods,** LLC
Products and Ideas that *Work*

MENU MASTERS

14840 E. Don Julian Rd., City of Industry, CA 91746, Toll-Free 1-877-VENTURA,    Click www.venturafoods.com for recipes and promotions.



# The clear winner.

Winners are successful. In foodservice, part of your operation's success depends on serving fried foods that are crisp, golden and delicious. Mel-Fry and the Ventura Deep Frying Quality Management System will help ensure that success.

Mel-Fry's filtering process removes impurities and fat solids resulting in longer fry-life and exceptional overall product performance. The result is a premium, 100% pure vegetable shortening that seals in natural juices and produces great tasting fried foods. Combine this with our deep frying quality management program that includes the Extend-ER manual filtering system and you're the clear winner.

Call (800) 771-6368 for information



**Ventura Foods, LLC**

*Get to know us.*

14840 East Don Julian Rd. • City of Industry, CA 91746
(800) 771-6368 • www.venturafoods.com

The clear winner.

MEL-FRY

THE LONG-LASTING LIQUID
FRYING SHORTENING

Ventura Foods, LLC

MEL-FRY

Ventura Foods, LLC

Get to know us.