Edward P. Kelly (8340)
Tiajoloff & Kelly
The Chrysler Building 37th floor
405 Lexington Avenue.
New York, New York 10174
212-490-3285 (PH)
212-490-3295 (F)
epk@patentadvance.com

Attorneys for Defendant
SUPREME OIL COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------- x

VENTURA FOODS, LLC

              Plaintiffs,

   -against-

SUPREME OIL COMPANY,
INCORPORATED d/b/a
ADMIRATION FOODS,

             Defendant.
----------------------------- x

Case No. 07 CV 7338

Honorable Judge P. Kevin Castel

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Supreme Oil Company, Inc., d/b/a Admiration Foods (a private, non-governmental party) certifies that no corporate parents, affiliates, subsidiaries and/or publicly held corporations of said party own 10% or more of its stock.

DATE: 9/5/07

*Edward Kelly*
SIGNATURE OF ATTORNEY
Edward Kelly (8340)
Tiajoloff & Kelly
Chrysler Building 37th Floor
405 Lexington Avenue
New York, New York 10174
(212) 490-3285(PH)
(212 490 3295(FX)
**Attorney for Defendant**
**Supreme Oil Company, Inc.**

John Luther (JL 9588)
Amanda M. Roach (AR 4758)
Ladas & Parry LLP
224 S. Michigan Ave.
Chicago, IL. 60604.
312 427-1300 (PH)
312 427- 6663 (F)
jluther@ladas.net
Amanda.Roach@ladas.net