UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VENTURA FOODS, LLC., et al.,

```
                            USDS SDNY
                            DOCUMENT
                            ELECTRONICALLY FILED
                            DOC #: _____
                            DATE FILED: 9/12/07
```

                Plaintiff,                07 Civ. 7338(PKC)

-against-

                                        ORDER

SUPREME OIL COMPANY,
INCORPORATED.,

                Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        I will direct that the following with respect to the deposition of Mr. Spane. At plaintiff's option, Mr. Spaen shall be produced either (a) in this District on a date convenient to all; or (b) in Los Angeles, provided that plaintiff reimburses defendant for one round trip coach fare and one night's hotel stay (I decline to order payment of attorney's fees).

        If any discovery dispute remains or hereafter arises, the following procedure is to be employed: Counsel are to arrange a face-to-face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow any other outstanding discovery disputes. Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing. If counsel refuses to participate in the face-to-face session or timely join in the preparation of the

-2-

Joint Letter, then the lack of cooperation should be brought to the Court's attention in a fax to Chambers.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
September 12, 2007