

Pillsbury
Winthrop
Shaw
Pittman LLP



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-07

1540 Broadway
New York, NY 10036-4039

Tel 212.858.1000
Fax 212.858.1500
www.pillsburylaw.com

October 1, 2007

Kerry A. Brennan
Phone: 212.858.1723
kerry.brennan@pillsburylaw.com

**MEMO ENDORSED**

**BY FACSIMILE**

Hon. Judge P. Kevin Castel
Daniel Patrick Moynihan Courthouse
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Ventura Foods, LLC v. Supreme Oil Company, Incorporated a.k.a.
               Admiration Foods (07 Civ. 7338) (PKC) (MHD)

Dear Judge Castel:

The parties request an extension of the following dates as set forth in the 9/11/07 Endorsed Letter (Docket No. 12) and 9/12/07 Endorsed Letter (Docket No. 13). The following extensions are requested in part to accommodate settlement discussions between the parties. Neither party has previously requested such an extension, and in all other respects, these scheduling orders would remain the same.

|  | Original Date | Proposed Date |
|---|---|---|
| Document production | 9/22/07 | 10/4/07 |
| Plaintiff's supplemental papers in support of its preliminary injunction application and identification of all potential witnesses it intends to call at the preliminary injunction hearing | 10/1/07 at 5 p.m. | 10/9/07 at 5 p.m. |
| Defendant's papers in opposition to Plaintiff's preliminary injunction application and identification of all potential witnesses it intends to call at the preliminary injunction hearing | 10/9/07 at 5 p.m. | 10/16/07 at 5 p.m. |

700826218v1

October 1, 2007
Page 2

| Plaintiff's reply papers in support of its preliminary injunction application | 10/15/07 at 5 p.m. | 10/22/07 at 5 p.m. |
|---|---|---|
| Preliminary injunction hearing | 10/17/07 at 10 a.m. | 10/24/07 or the Court's earliest available date thereafter |

In addition, the parties propose that Terry Splane shall be made available for his deposition during the week of October 9, 2007 on a date to be agreed by the parties, consistent with the Court's Order dated 9/12/07 (Docket No. 14).

We appreciate the Court's consideration of this matter.

Respectfully,

*Kerry A. Brennan*

Kerry A. Brennan

cc: John P. Luther, Esq.
    Amanda M. Roach, Esq.
    Edward P. Kelly, Esq.

SO ORDERED:

_____
United States District Court Judge

Date:_____

*[Handwritten note:] The proposed schedule is adopted. The hearing date of October 17 is vacated. The hearing will be set for a date on or after October 24. Please contact the Court's Deputy Clerk after the last submission is filed to arrange hearing date. SO ORDERED. [signature] USDJ 10-1-07*

Pillsbury Winthrop Shaw Pittman LLP

700826218v1