PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
(212) 858-1723
Kerry A. Brennan (KB-2400)

Attorneys for Plaintiff
VENTURA FOODS, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VENTURA FOODS, LLC,

          Plaintiff,

v.

SUPREME OIL COMPANY, INCORPORATED a.k.a. ADMIRATION FOODS,

          Defendant.

07 CV 7338 (PKC) (MHD)

---

## NOTICE OF MOTION TO SEAL PAPERS

**PLEASE TAKE NOTICE** that, for the reasons stated in the Memorandum in Support of Application to Seal and affidavit by John Luther, plaintiff Ventura Foods, LLC, by their attorneys Pillsbury Winthrop Shaw Pittman LLP, hereby move for an order to seal its Supplemental Memorandum in Support of Order To Show Cause and Preliminary Injunction, Declaration of Kerry A. Brennan and any other papers containing material designated as

700839132v1

"Confidential," "Strictly Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to 9/28/07 Stipulation and Order for the Production and Exchange of Confidential Information.

Dated: October 9, 2007

                                      PILLSBURY WINTHROP SHAW PITTMAN LLP

                                      By: *Kerry A. Brennan* (signature)
                                          Kerry A. Brennan (KB-2400)
                                      1540 Broadway
                                      New York, NY 10036-4039
                                      (212) 858-1000

                                      Attorneys for Plaintiff
                                      Ventura Foods, LLC