UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURA FOODS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SUPREME OIL COMPANY, INCORPORATED a.k.a. ADMIRATION FOODS, <br><br> Defendant. | 07 CV 7338 (PKC) (MHD) |

## ORDER SEALING PAPERS

Upon the request of Plaintiff Ventura Foods, LLC to file under seal its Supplemental Memorandum in Support of Order To Show Cause and Preliminary Injunction, Declaration of Kerry A. Brennan and any other papers containing material designated as "Confidential," "Strictly Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to 9/28/07 Stipulation and Order for the Production and Exchange of Confidential Information,

IT IS HEREBY ORDERED that Plaintiff's Motion To Seal Papers is GRANTED and that the Supplemental Memorandum in Support of Order To Show Cause and Preliminary Injunction, Declaration of Kerry A. Brennan any other papers containing material designated as "Confidential," "Strictly Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to

-2-

9/28/07 Stipulation and Order for the Production and Exchange of Confidential Information shall be maintained under seal by the Clerk of the Court.

Dated: New York, New York
       October __, 2007

                                             _____
                                             HON. P. KEVIN CASTEL, U.S.D.J.