**Pillsbury**
**Winthrop**
**Shaw**
**Pittman** LLP

1540 Broadway
New York, NY 10036-4039

Tel 212.858.1000
Fax 212.858.1500
www.pillsburylaw.com

October 9, 2007

Kerry A. Brennan
Phone: 212.858.1723
kerry.brennan@pillsburylaw.com

**MEMO ENDORSED**



*[Handwritten memo endorsement by Judge Castel: "Submit all documents which any party proposes be sealed for a document in camera review. Two of course only applies to the affected documents."]*

**BY HAND**

Hon. Judge P. Kevin Castel
Daniel Patrick Moynihan Courthouse
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[USDS SDNY stamp: ELECTRONICALLY FILED, DOC #: , DATE FILED: 10/10/07]*

Re: Ventura Foods, LLC v. Supreme Oil Company, Incorporated a.k.a. Admiration Foods (07 Civ. 7338) (PKC) (MHD)

Dear Judge Castel:

Enclosed please find the: (1) Notice of Motion to Seal Papers; (2) Memorandum in Support of Application to Seal; (3) affidavit by John Luther, counsel for Supreme Oil Company, Incorporated a.k.a. Admiration Foods ("Supreme"); and (4) proposed Order Sealing Papers.

We submit this application because our supplemental papers in support of a preliminary injunction include materials that Supreme has designated as "Confidential" or "Confidential – Attorneys' Eyes Only." We will await your ruling prior to filing our supplemental papers. In the meantime, we plan to serve our papers today at 5 p.m. as well as provide a courtesy copy to the Court.

Respectfully submitted,

*Kerry A. Brennan*
Kerry A. Brennan

Enclosures

cc: John P. Luther, Esq. (by email)
    Amanda M. Roach, Esq.
    Edward P. Kelly, Esq.