PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
(212) 858-1723
Kerry A. Brennan (KB-2400)

Attorneys for Plaintiff
VENTURA FOODS, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURA FOODS, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>SUPREME OIL COMPANY,<br>INCORPORATED a.k.a. ADMIRATION<br>FOODS,<br><br>                  Defendant. | **07 CV 7338 (PKC) (MHD)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            : ss.:
COUNTY OF NEW YORK  )

        Angie Young Kim, being duly sworn, deposes and says:

        1.     I am over 18 years of age, am employed by Pillsbury Winthrop Shaw Pittman LLP and am not a party to this action.

        2.     On Tuesday, October 9, 2007, I caused to be served the: (1) Supplemental Memorandum in Support of Order To Show Cause and Preliminary Injunction; (2) Declaration of Kerry A. Brennan, dated October 9, 2007; and (3) Declaration of Terry Splane dated October 9, 2007 upon the party herein by (i) transmitting the papers by electronic means to the e-mail


addresses listed below and by (ii) mailing a true copy thereof via First Class Mail, addressed as follows:

> Amanda M. Roach, Esq.
> Ladas & Parry LLP
> 224 S. Michigan Avenue
> Chicago, IL 60604
>
> amanda.roach@ladas.net
> jluther@ladas.net
> epk@patentadvance.com

_____
Angie Young Kim

Sworn to before me this
9th day of October, 2007

_____
Notary Public

ROBERT T. WESTROM
Notary Public, State of New York
No. 01-WE4919195
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Feb. 28, 2010