John P. Luther (JL 9588)
Amanda M. Roach (AR 4758)
Ladas & Parry LLP
224 S. Michigan Avenue, Suite 1600
Chicago, IL 60604
312-427-1300 (PH)
312-427-6663 (F)

Edward P. Kelly (8340)
Tiajoloff & Kelly
The Chrysler Building 37th floor
405 Lexington Avenue.
New York, New York 10174
212-490-3285 (PH)
212-490-3295 (F)
epk@patentadvance.com

Attorneys for Defendant
SUPREME OIL COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

VENTURA FOODS, LLC

                Plaintiff,

    -against-

SUPREME OIL COMPANY
INCORPORATED a.k.a.
ADMIRATION FOODS,

                Defendant.

------------------------------x

Case No. 07 CV 7338

Honorable Judge P. Kevin Castel

### NOTICE OF MOTION AND MOTION TO SEAL PAPERS

**PLEASE TAKE NOTICE** that, for the reasons stated in the Memorandum In Support of Application to Seal and the declarations of Defendant Supreme Oil Company and Plaintiff Ventura Foods LLC,. the attorneys for Defendant Supreme Oil, Tiajoloff &

Kelly, hereby move for an order to seal Exhibits G and J to Defendant's Memorandum in Opposition to Plaintiff's Motion For A Preliminary Injunction, as well as page 20 of Defendant's Memorandum In Opposition to Plaintiff's Motion For A Preliminary Injunction referring to Exhibit J and the deposition of Plaintiff's Vice President of Marketing Terry Splane of October 11, 2007 at pages 31-34.

Dated: October 24, 2007

Tiajoloff & Kelly

*/s/ Edward Kelly*

Edward P. Kelly (8340)
Attorneys for Defendant Supreme Oil Company

The Chrysler Building 37th floor
405 Lexington Avenue.
New York, New York 10174
212 -490-3285 (PH)
212-490-3295 (F)
epk@patentadvance.com

John Luther (JL 9588)
Amanda M. Roach (AR 4758)
Attorneys for Defendant Supreme
Oil Company

Ladas & Parry LLP
224 S. Michigan Ave.
Chicago, IL. 60604.
312 427-1300 (PH)
312 427- 6663 (F)
jluther@ladas.net
Amanda.Roach@ladas.net