Edward P. Kelly (8340)
Tiajoloff & Kelly
The Chrysler Building 37th floor
405 Lexington Avenue.
New York, New York 10174
212 -490-3285 (PH)
212-490-3295 (F)
epk@patentadvance.com


John P. Luther (JL 9588)
Amanda M. Roach (AR 4758)
Ladas & Parry LLP
224 S. Michigan Avenue, Suite 1600
Chicago, IL  60604
312-427-1300 (PH)
312-427-6663 (F)

Attorneys for Defendant
SUPREME OIL COMPANY, INC.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| VENTURA FOODS, LLC | : | |
| Plaintiff, | : | Case No. 07 CV 7338 |
| | : | Honorable Judge P. Kevin Castel |
| -against- | : | |
| SUPREME OIL COMPANY INCORPORATED d/b/a ADMIRATION FOODS, | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - -x


**DECLARATION ATTESTING TO CONFIDENTIALITY OF EXHIBIT G TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION.**

I, EDWARD P. KELLY, declare under penalty of perjury:

I submit this declaration in support of Defendant Supreme Oil's motion to Seal Exhibit G to Defendant's Opposition to Plaintiff's Memorandum, In Opposition to Plaintiff's Motion For A Preliminary Injunction. As per the Order of the Court dated September 28, 2007, (the Protective Order), Defendant Supreme Oil designated as CONFIDENTIAL—ATTORNEYS EYES ONLY for the purposes of this litigation, the following:

> -- A document produced under SU 100195 (This document is now Exhibit G to Defendant's Memorandum in Opposition to Plaintiff's Motion for A Preliminary Injunction)

Defendant Supreme's produced document SU 100195 is a highly sensitive business document indicating sales of its MEGA-FRY product and disclosure of this information would be harmful to the business of Supreme. These sales records are confidential trade secrets which require the highest protection afforded by the Protective Order. Any disclosure to a person not designated in the Protective Order would be harmful to Supreme and disadvantageous to Supreme's business because this document not only reveals highly confidential information but also provides information as to Supreme's business intentions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 24, 2007

_____
Edward P. Kelly
Tiajoloff & Kelly
The Chrysler Building-37[th] Floor
New York, NY 10174
PH: 212 490 3285
FX: 212 490 3295
Attorneys for Defendant Supreme