PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
(212) 858-1723
Kerry A. Brennan (KB-2400)

Attorneys for Plaintiff
VENTURA FOODS, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURA FOODS, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>SUPREME OIL COMPANY,<br>INCORPORATED a.k.a. ADMIRATION<br>FOODS,<br><br>             Defendant. | 07 CV 7338 (PKC) (MHD) |

## NOTICE OF MOTION TO STRIKE

**PLEASE TAKE NOTICE** that, for the reasons stated in the Plaintiff's Memorandum in

Support of its Motion To Strike Portions of Defendant Supreme Oil Company's Memorandum in

Opposition to Plaintiff's Motion for Preliminary Injunction and accompanying Brennan

Declaration, dated October 25, 2007, plaintiff Ventura Foods, LLC, by their attorneys Pillsbury

Winthrop Shaw Pittman LLP, hereby move for an order to strike those portions of the Defendant

Supreme Oil Company's Memorandum in Opposition to Plaintiff's Motion for Preliminary

Injunction and 9/11/07 Declaration of Michael Leffler that refer to the content of the parties'
confidential settlement negotiations.

Dated:   October 25, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   *Kerry A. Brennan*
Kerry A. Brennan (KB-2400)
1540 Broadway
New York, NY 10036-4039
(212) 858-1000

Attorneys for Plaintiff
Ventura Foods, LLC

-2-