PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
(212) 858-1723
Kerry A. Brennan (KB-2400)

Attorneys for Plaintiff
VENTURA FOODS, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURA FOODS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SUPREME OIL COMPANY,<br>INCORPORATED a.k.a. ADMIRATION<br>FOODS,<br><br>　　　　　　　Defendant. | 07 CV 7338 (PKC) (MHD) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

　　　　Angie Young Kim, being duly sworn, deposes and says:

　　　　1.　　I am over 18 years of age, am employed by Pillsbury Winthrop Shaw Pittman LLP and am not a party to this action.

　　　　2.　　On Thursday, October 25, 2007, I caused to be served the: (1) Reply in Support of Order To Show Cause and Preliminary Injunction; (2) Declaration of Angie Young Kim, dated October 24, 2007; (3) Affidavit of Earl Leising, dated October 23, 2007; (4) Notice of Motion To Strike; (5) Plaintiff's Memorandum in Support of its Motion To Strike

Confidential Settlement Communications from Defendant Supreme Oil Company's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction and 9/11/07 Leffler Declaration; and (6) Declaration of Kerry A. Brennan, dated October 25, 2007 upon the party herein by (i) transmitting the papers by electronic means to the email addresses listed below and by (ii) mailing a true copy thereof via First Class Mail, addressed as follows:

>Amanda M. Roach, Esq.
>Ladas & Parry LLP
>224 S. Michigan Avenue
>Chicago, IL 60604
>
>amanda.roach@ladas.net
>jluther@ladas.net
>epk@patentadvance.com

_____
Angie Young Kim

Sworn to before me this
25th day of October, 2007

_____
Notary Public

ROBERT T. WESTROM
Notary Public, State of New York
No. 01-WE4919195
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Feb. 28, 2010