# MEMO ENDORSED

John P. Luther (JL 9588)
Amanda M. Roach (AR 4758)
Ladas & Parry LLP
224 S. Michigan Avenue, Suite 1600
Chicago, IL 60604
312-427-1300 (PH)
312-427-6663 (F)

Edward P. Kelly (8340)
Tiajoloff & Kelly
The Chrysler Building 37th floor
405 Lexington Avenue.
New York, New York 10174
212-490-3285 (PH)
212-490-3295 (F)
epk@patentadvance.com

Attorneys for Defendant
SUPREME OIL COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
VENTURA FOODS, LLC              :
                                :
              Plaintiff,        :   Case No. 07 CV 7338
                                :
       -against-                :   Honorable Judge P. Kevin Castel
                                :
SUPREME OIL COMPANY             :
INCORPORATED a.k.a.             :
ADMIRATION FOODS,               :
                                :
              Defendant.        :
-----------------------------------x

*Handwritten endorsement:* The grant or denial of a preliminary injunction is a judicial act. Proceedings on the preliminary injunction will take place in a public courtroom. True, sales and customer data may qualify as a trade secret and be entitled to confidentiality in the pretrial process. I cannot say that the two exhibits are peripheral. If the parties intend to offer the exhibits at the hearing and, if offered, they are received, then, on this record, the public right of access would attach to them. Motion denied. SO ORDERED. /s/ P. Kevin Castel, U.S.D.J. 10-29-07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

## NOTICE OF MOTION AND MOTION TO SEAL PAPERS

**PLEASE TAKE NOTICE** that, for the reasons stated in the Memorandum In Support of Application to Seal and the declarations of Defendant Supreme Oil Company and Plaintiff Ventura Foods LLC,. the attorneys for Defendant Supreme Oil, Tiajoloff &

Kelly, hereby move for an order to seal Exhibits G and J to Defendant's Memorandum in Opposition to Plaintiff's Motion For A Preliminary Injunction, as well as page 20 of Defendant's Memorandum In Opposition to Plaintiff's Motion For A Preliminary Injunction referring to Exhibit J and the deposition of Plaintiff's Vice President of Marketing Terry Splane of October 11, 2007 at pages 31-34.

Dated: October 24, 2007

                                                   Tiajoloff & Kelly

                                                   _____

                                                 Edward P. Kelly (8340)
Attorneys for Defendant Supreme Oil Company

                                             The Chrysler Building 37th floor
                                                        405 Lexington Avenue.
                                                       New York, New York 10174
                                                            212 -490-3285 (PH)
                                                            212-490-3295 (F)
                                                        epk@patentadvance.com

                                                         John Luther (JL 9588)
                                                   Amanda M. Roach (AR 4758)
                                        Attorneys for Defendant Supreme
                                                              Oil Company

                                                             Ladas & Parry LLP
                                                       224 S. Michigan Ave.
                                                         Chicago, IL. 60604.
                                                         312 427-1300 (PH)
                                                         312 427- 6663 (F)
                                                            jluther@ladas.net
                                               Amanda.Roach@ladas.net